IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                   No. CIV 13-0524 JB/WPL
                                                                    No. CR 11-2784 JB

JOHN S. WILLIAMSON,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal, filed June 29, 2013 (Doc. 13). In the Memorandum Opinion and Order of Dismissal, the Court, under rules 4(b) and 11(a) of the Rules Governing Section 2255 Cases, dismissed without prejudice Defendant John S. Williamson's Motion to Set Aside, Vacate, or Correct Wrongful Conviction of Person in Federal Custody, filed June 5, 2013 (CV Doc. 1; CR Doc. 142), and denied to Williamson a certificate of appealability. There being no more issues in this case, the Court enters final judgment in this matter.

**IT IS ORDERED** that no certificate of appealability shall issue, and this civil proceeding is dismissed.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE

*Parties:*

John S. Williamson
Federal Correctional Institution -- Florence
Florence, Colorado

    *Plaintiff pro se*